IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SUANNE PETERSON, ) | |
| ) | NO. 4:13-cv-00295-SMR-TJS |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER FOR CLOSING DOCUMENTS |
| ) | |
| CARE INITIATIVES, SUSAN ) | |
| O'BRIEN and KARMA GREEN, ) | |
| ) | |
| Defendants. ) | |

On July 18, 2013, counsel for plaintiff informed the undersigned judge's chambers that the above matter has been settled.

Closing documents shall be filed by **August 19, 2013.** If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within sixty (60) days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated this 23rd day of July, 2013.

STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE