IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SUANNE PETERSON,<br><br>       Plaintiff,<br>v.<br><br>CARE INITIATIVES, SUSAN O'BRIEN, and KARMA GREEN.,<br><br>       Defendants. | Case No. 4:13-cv-295<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

WHEREAS all matters in controversy have been settled by and between the Plaintiff and Defendants, the parties hereby stipulate to dismiss all claims in the Complaint and any amendments thereto filed in the above-captioned lawsuit with prejudice pursuant to Local Rule 41(a)(2).

| | |
|---|---|
| BELIN McMCORMICK, P.C. | FIEDLER & TIMMER, P.L.L.C. |
| */s/ Kelsey Knowles*____ | */s/ Emily McCarty*_____ |
| Kelsey Knowles | Brooke Timmer |
| kjknowles@belinmccormick.com | brooke@employmentlawiowa.com |
| Michael R. Reck | Emily McCarty |
| mrreck@belinmccormick.com | emily@employmentlawiowa.com |
| 666 Walnut St., Ste. 2000 | 2900 – 100th Street, Suite 209 |
| Des Moines, Iowa  50309 | Urbandale, Iowa 50322 |
| Telephone: (515) 283-4645 | Telephone: (515) 254-1999 |
| Facsimile: (515) 558-0645 | Facsimile: (515) 254-9923 |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF |

**ELECTRONIC PROOF OF SERVICE**

I, hereby certify that on the 23nd day of July, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

**Signature:** ___*/s/ Fiedler & Timmer*_____